FILED & ENTERED

SEP 14 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

**NOT FOR PUBLICATION**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>DALE FRANCES CONSALVI,<br><br>　　　　　　　　　　Debtor. | Case No. 2:18-bk-19681-RK<br><br>Chapter 7<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS, SETTING A NEW DEADLINE OF OCTOBER 6, 2018** |

TO DEBTOR DALE FRANCES CONSALVI AND PARTIES IN INTEREST:

　　　The court has reviewed the motion of debtor Dale Frances Consalvi for an extension of time to file all his bankruptcy petition-related documents to October 27, 2018 filed on September 4, 2018 (Docket No. 7).

　　　Having considered Debtor's motion, the court grants in part and denies in part the motion and extends the time for him to file all of his bankruptcy petition-related documents only to October 6, 2018, which is after the 45-day deadline in the Bankruptcy Code for automatic dismissal of the bankruptcy case under 11 U.S.C. § 521(i)(1) if all bankruptcy petition-related documents are not filed.

Debtor's request to extend his time to file the required documents to October 27, 2018 on grounds of "Had to travel for work, on ground many miles" is unjustified. The request unduly delays the administration of the bankruptcy case and is way beyond the statutory deadline of 11 U.S.C. §521(i)(1), requiring automatic dismissal of a bankruptcy case for failure to file required documents within 45 days of the filing of the bankruptcy petition.

**Debtor must file all of the required petition-related documents by October 6, 2018, and is warned that failure to file all of these documents by October 6, 2018 will result in automatic dismissal of the case and that no further extensions of time are permitted.**

**The court further orders that if Debtor fails to file all of his petition-related documents by October 6, 2018, this bankruptcy case is ordered immediately Dismissed and that no further request for an extension to file required documents will be granted.**

IT IS SO ORDERED.

###

Date: September 14, 2018

_____
Robert Kwan
United States Bankruptcy Judge